# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**RANDALL EDWARDS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-3435

[February 6, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Michael C. Heisey, Judge; L.T. Case No. 472001CF000171A.

Randall Edwards, Bowling Green, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., WARNER and CONNER, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***